15BG-1MR

#4
No Fee/IFP

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

Jeffrey John Valenta
)
*Plaintiff/Petitioner*
)
)
v.
)    Civil Action No. 2-20-cv-912
BI Incorporated, United States Pretrial
)
*Defendant/Respondent*
)
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at:    FCI Ft Dix NJ 08640                          .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ ___$2 per month, and my take-home pay or wages are:  $ ___$2 per___ per
*(specify pay period)*  month                .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☒ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I receive approx. $100 on my Trust Fund Account every 6 weeks

VALENTA, JEFFREY 35910068

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $_____0_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

> 2007 Chrysler Van value approx. $250

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

> Approx. $20,000 in medical bills outstanding

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

> N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

> See 6.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: __June 15, 2020__

_____
Applicant's signature

Jeffrey John Valenta
_____
Printed name

VALENTA, JEFFREY 35910068

AFFIDAVIT OF POVERTY and CERTIFICATION

I, Jeffrey John Valenta, swear or affirm under the penalty of perjury that because of my poverty, I cannot prepay the docket fees or post bond for my civil complaint. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on the Application in support for permission to Proceed In Forma Pauperis are true and correct. (28 USC §1746; 18 USC § 1621).

Signed,

Jeffrey John Valenta
35910-068
FCI Ft. Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

DATE: June 15, 2020

2:20-CV-912

JEFFREY VALENTA
35910-068
FCI Ft. Dix
P.O.Box 2000
Joint Base MDL, NJ 08640

June 20, 2020

Clerk of Courts
In the United States District Court
Western District of Pennsylvania

RE:  Valenta v. BI Incorporated, United States
Pretrial/Probation Office and it's Agents

Dear Clerk.

Please file the attached petition for civil suit against:
BI Incorporated
6265 Gunbarrel Ave
Suite B
Boulder, CO 80301 and;
The United State Pretrial/Probation Office
United States Post Office and Courthouse
700 Grant St.
Pittsburgh, PA 15219.

    As I have also included an application to file In Forma Pauperis, I ask that you
serve all parties pursuant to 28 U.S.C. §1915.

Your consideration in this matter is greatly appreciated,


Respectfully,


Jeffrey Valenta
35910-068
FCI Ft. Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

## DECLARATION OF INMATE MAILING

I am an inmate confined at the Federal Correctional Institution at Ft. Dix, Joint Base MDL, NJ 08640. Today, June 18, 2020, I am depositing the attached documents via U.S. First Class Mail, into the institutions internal mail system, first class postage having been prepaid by me with the envelope addressed to: The United States District Court, Western District of Pennsylvania

Said mailing shall serve as a timely filing of same pursuant to the prison mailbox rule as defined by **Houston v. Lack**, 487 U.S. 266, 275-76 (1988).

Furthermore, the enclosed documents; Civil Complaint, Application in Support of Permission to Proceed on In Forma Pauperis; Affidavit of Poverty and certification

I certify under the penalty of perjury those documents as being true and correct to the best of my ability.

Respectfully

Jeffrey John Valenta
35910-068
FCI Ft. Dix
P.O. Box 2000
Joint Base MDL, NJ 08640