IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY JOHN VALENTA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 20-912 |
| | ) |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Maureen P. Kelly |
| BI INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On October 8, 2021, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 50) recommending that the BI Incorporated's Motion to Dismiss (Doc. 45) be denied. Service of the R&R was made on the parties, and BI Incorporated filed Objections. *See* Doc. 51.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered: BI Incorporated's Motion to Dismiss (**Doc. 45**) is **DENIED**, and the R&R (Doc. 50) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

February 25, 2022                                                     s\Cathy Bissoon
                                                                      Cathy Bissoon
                                                                      United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. Mail):

Jeffrey John Valenta
1941 Dearborn Drive
White Oak, PA 15131